GRENLAC HOLDING CORPORATION, Respondent, v. LILLIAN E. KAHN et al., Appellants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 1064.]

MILDRED HIRST, Appellant, v. ANNE GOLDSTEIN et al., Respondents.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 280 App. Div. 862.]

HERBERT S. KLEIN et al., Copartners Doing Business as AMINTRADE-AMERICAN INTERNATIONAL TRADE CO., Appellants, v. TWENTIETH CENTURY-FOX INTERNATIONAL CORPORATION, Respondent, et al., Defendants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [201 Misc. 132.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT ARNOLD ROBERTSON, Alias A. HERBERT ROBERTSON, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JAMES MORGAN, Appellant, v. GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 1065.]

In the Matter of WILLIAM SCHWEIG, Appellant, against BEATRICE S. WALTZER, Respondent.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 1065.]